**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re: Sharpe, Kristi K    Case No. 8:11-bk-17737-CPM
                          A Chapter 13 Case
             **Debtor(s)**

----------------------------------/

**NOTICE OF ADDITIONAL CREDITORS**

    DIANE NELSON, CFC, as Tax Collector of Pinellas County, Florida, hereby gives notice that the individuals listed below have purchased the pre-petition, secured ad-valorem real property tax liens of Pinellas County by virtue of payment for tax certificates issued by the Tax Collector pursuant to Chapter 197, Florida Statutes.

    As to all parcels and accounts identified on this list, Pinellas County is the secured creditor for ad-valorem real estate taxes and all tangible personal property taxes.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been furnished either electronically or by U.S. Mail to: Stephany P. Sanchez, PO Box 40008, St. Petersburg, FL 33743; Mally, LLC, 4401 Eastgate Mall, San Diego, CA 92121; Jon Waage, P O Box 25001, Bradenton, FL 34206-5001; and the United States Bankruptcy Court, Middle District Of Florida, Sam M. Gibbons U. S. Courthouse, 801 N Florida Avenue, Suite 555, Tampa, FL 33602-3899.

September 26, 2011

                          DIANE NELSON, CFC
                          TAX COLLECTOR, PINELLAS CO., FL

                          /S/ ROBIN FERGUSON

                          BY: ROBIN FERGUSON, CFCA
                          TAX MANAGER
                          PINELLAS COUNTY TAX COLLECTOR
                          P.O. BOX 10834
                          CLEARWATER, FL 33757-8834
                          TEL. (727) 464-3386
                          FAX. (727) 464-4110
                          PCTCBK@taxcollect.com

| CERT. HOLDER | PARCEL NO. | YEAR | CERT. NUMBER | CURRENT AMOUNT DUE | INTEREST RATE |
|---|---|---|---|---|---|
| Mally, LLC | 25/30/16/56646/029/0110 | 2010 | 09520 | $1,925.59 | 0.25% |