**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

In re:  Case No.: 8:11-bk-17737-CPM
KRISTI K. SHARPE,

Chapter 13

      Debtor.
_____/

## NOTICE OF WITHDRAWAL OF CLAIM

COMES NOW the Law firm of Michael A. Kaufman, P.A. which herewith files this Notice of Withdrawal as to the Proof of Claim on behalf of creditor MALLY, LLC as Follows: Claim No. 15 in the amount of $1,925.59 filed on December 29, 2011 in the above referenced matter.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF Noticing Service to all parties registered to receive notice in this case.

                                              **MICHAEL A. KAUFMAN, PA**
                                              *Attorney for MALLY, LLC*

Dated:  July 7, 2012           By:    */s/ Michael A. Kaufman*
      West Palm Beach, FL               Michael A. Kaufman, Esquire
                                              Florida Bar Number:  628042
                                              1655 Palm Beach Lakes Boulevard, Suite 1012
                                              West Palm Beach, Florida 33401
                                              561-478-2878 – Telephone
                                              561-584-5555- Fax